UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

MONICA I. MASON,

    Plaintiff,

v.

I3 GROUP, LLC,

    Defendant.

_____/

**COMPLAINT**
**JURY DEMAND**

1.    Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

**JURISDICTION AND VENUE**

2.    This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012). This Court has jurisdiction under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

**PARTIES**

3.    Plaintiff, MONICA I. MASON, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.    Defendant, I3 GROUP, LLC, ("I3") is a limited liability company formed under the laws of the State of Maryland and citizen of the State of Maryland with its

principal place of business at Suite 201, 2405 York Road, Lutherville Timonium, Maryland 21093.

5. Defendant is registered with the State of Maryland as a limited liability company. Its registered agent for service of process is The Corporation Trust, Incorporated, Suite 201, 2405 York Road, Lutherville Timonium, Maryland 21093.

## FACTUAL ALLEGATIONS

6. Within the last four years, Defendant left repetitive pre-recorded messages on Plaintiff's voice mail on her cellular telephone seeking to assist a person who is a stranger to Plaintiff on behalf of Keiser University.

7. Defendant, or others acting on its behalf, left the following message on Plaintiff's voice mail on her cellular telephone on or about the date stated:

> **AUGUST 12, 2016 AT 10:33 AM**
> Hello. This call is for Danielle Reategui. Danielle we are calling you today from the I-3 Group on behalf of Keiser University, Fort Lauderdale. The purpose of our call today is to provide you with solutions, assistance or information regarding your Keiser University, Fort Lauderdale. For your convenience you may call us toll free at 1-877-618-3648 and or visit our website at www.I-3group.com.

8. In addition to the foregoing, Defendant left messages on other occasions and on still other occasions, called and hung-up without leaving any message.

9. Some of the messages refer to Danielle Reategui.

10. Plaintiff has no knowledge of Danielle Reategui or Keiser University.

11. Defendant used an automatic telephone dialing system or pre-recorded or artificial voice to place calls to Plaintiff's cellular telephone without her consent.

12. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227 (b)(1)(A).

13. The messages encroached upon Plaintiff's privacy and seclusion.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Defendant, or others acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. a declaration that Defendant calls violate the TCPA;

    c. a permanent injunction prohibiting Defendant from placing non-emergency calls to the Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235

don@donyarbrough.com

By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658