UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:17-cv-62439-BB

MONICA I. MASON

        Plaintiff,

vs.

I3 GROUP, LLC, and
EVERGLADES COLLEGE, INC d/b/a
Keiser University

        Defendant.
_____/

### DEFENDANT, I3 GROUP, LLC'S, ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, i3 Group, LLC (i3), through counsel and under the Federal Rules of Civil Procedure, submits this Answer and Affirmative Defenses to the First Amended Complaint filed by plaintiff, Monica I. Mason (plaintiff), and states:

1. i3 admits plaintiff purports to bring this action for alleged violations of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. §227, *et seq.,* but denies any violations, liability and wrongdoing under the law. Except as specifically admitted, I3 denies the allegations in ¶ 1.

### JURISDICTION AND VENUE

2. Upon information and belief, i3 admits this Court has jurisdiction and venue is proper. Except as specifically admitted, i3 denies the allegations in ¶ 2.

### PARTIES

3. Upon information and belief, i3 admits the allegations in ¶ 3.

4. i3 admits it is a limited liability company with an office Maryland. Except as specifically admitted, i3 denies the allegations in ¶ 4.

5. i3 admits the allegations in ¶ 5.

6. The allegations in ¶ 6 are not directed toward i3. To the extent a response is required, denied for lack of knowledge or information sufficient to form a belief therein.

7. The allegations in ¶ 7 are not directed toward i3. To the extent a response is required, denied for lack of knowledge or information sufficient to form a belief therein.

## FACTUAL ALLEGATIONS

8. i3 denies the allegations in ¶ 8.

9. i3 denies the allegations in ¶ 9 for lack of knowledge or information sufficient to form a belief therein.

10. i3 denies the allegations in ¶ 10 for lack of knowledge or information sufficient to form a belief therein.

11. i3 denies the allegations in ¶ 11 for lack of knowledge or information sufficient to form a belief therein.

12. i3 denies the allegations in ¶ 12 for lack of knowledge or information sufficient to form a belief therein.

13. i3 denies the allegations in ¶ 13 for lack of knowledge or information sufficient to form a belief therein.

14. i3 denies the allegations in ¶ 14 for lack of knowledge or information sufficient to form a belief therein.

15. i3 denies the allegations in ¶ 15.

16. i3 denies the allegations in ¶ 16.

17. i3 denies the allegations in ¶ 17 for lack of knowledge or information sufficient to form a belief therein.

18. i3 denies the allegations in ¶ 18.

19. i3 admits the allegations in ¶ 19.

20. i3 denies the allegations in ¶ 18.

21. i3 denies the allegations in ¶ 21.

22. i3 denies the allegations in ¶ 22.

23. i3 denies the allegations in ¶ 23.

24. i3 denies the allegations in ¶ 24.

25. i3 denies the allegations in ¶ 25.

26. i3 denies the allegations in ¶ 26.

27. i3 denies the allegations in ¶ 27.

28. i3 denies the allegations in ¶ 28.

29. i3 denies the allegations in ¶ 29

30. i3 denies the allegations in ¶ 30.

31. i3 denies the allegations in ¶ 31.

32. i3 denies the allegations in ¶ 32.

33. i3 denies the allegations in ¶ 33 as calling for a legal conclusion.

34. i3 denies the allegations in ¶ 34.

35. i3 denies the allegations in ¶ 35.

36. i3 denies the allegations in ¶ 36.

37. i3 denies the allegations in ¶ 37.

38. i3 denies the allegations in ¶ 38.

39. i3 denies the allegations in ¶ 39.

40. i3 denies the allegations in ¶ 40.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

41. i3 reasserts the foregoing as if fully stated herein.

42. i3 denies the allegations in ¶ 42 as calling for a legal conclusion.

## COUNT II
## VIOLATION OF THE WRONGFUL ACT DOCTRINE

43. I3 reasserts the foregoing as if fully stated herein.

44. The allegations in ¶ 44 are not directed toward i3. To the extent a response is required, denied.

## COUNT III
## NEGLIGENT MISREPRESENTATION

45. i3 reasserts the foregoing as if fully stated herein.

46. The allegations in ¶ 46 are not directed toward i3. To the extent a response is required, denied.

## i3'S AFFIRMATIVE DEFENSES

1. i3 denies any liability; however, regardless of liability, plaintiff has suffered no actual damages as a result of i3's purported violations.

2. One or more claims asserted by plaintiff are barred by the statute of limitations, laches, estoppel, waiver, and/or unclean hands.

3. Assuming that plaintiff suffered any damages, she has failed to mitigate her damages or take other reasonable steps to avoid or reduce her damages.

4. Any harm suffered by plaintiff was legally and proximately caused by persons or entities other than i3 and were beyond the control or supervision of i3 or for whom i3 was and is not responsible or liable.

5. Plaintiff has failed to state a claim against i3 upon which relief may be granted.

6. One or more of the telephone calls made to plaintiff were not made to a wireless, i.e., cellular telephone.

7. Plaintiff consented and authorized calls to the phone number in question.

8. The phone calls made to plaintiff are exempt from TCPA liability under 47 U.S.C. § 227(b)(1)(B), 47 U.S.C.§ 227(b)(2)(b) and 47 C.F.R. § 64.1200(a).

9. The equipment used to make the telephone calls at issue is not covered by or subject to the TCPA.

10. To the extent the calls at issue were to plaintiff's cellular telephone, as alleged, plaintiff provided consent to receive those calls.

11. To the extent plaintiff was not the intended recipient of the calls, plaintiff has no standing to assert the claim.

12. Plaintiff acquiesced in and/or consented to the acts and omissions alleged in the Complaint.

WHEREFORE, Defendant, i3 GROUP, LLC, requests that the Court dismiss this action with prejudice and grant it any other relief that the Court deems appropriate.

Respectfully submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone:   (813) 890-2472
Facsimile:   (866) 466-3140
mschuette@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendant,*
*I3 GROUP, LLC*

**CERTIFICATE OF SERVICE**

I certify that on this 17th day of April 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiffs' counsel as described below. Parties may access this filing through the Court's system.

Donald A. Yarbrough, Esq.
P.O. Box 11842
Ft. Lauderdale, FL 33339
don@yarbrough.com

*/s/ Michael P. Schuette*
Attorney